IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RATHSACK,

    Petitioner,                  No. CIV S-04-2097 FCD GGH P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondent.                ORDER
_____/

    Petitioner has requested an extension of time to file and serve a response to the August 16, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 7, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to the August 16, 2005 findings and recommendations.

DATED: 9/13/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:kf
rath2097.111a