IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RATHSACK,

    Petitioner,                                No. CIV S-04-2097 FCD GGH P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondent.                             ORDER

/

        On August 16, 2005, the court recommended that petitioner's application for a petition for writ of habeas corpus be denied. On September 14, 2005, the court granted petitioner a thirty day extension of time to file objections to the findings and recommendations. On November 16, 2005, the court granted petitioner's second request for a thirty day extension of time to file objections.

        On January 13, 2006, petitioner filed his third request for extension of time to file objections. In this (untimely) request, petitioner states that his ability to prepare objections has been impeded by a lockdown. The court will grant petitioner one final opportunity to file objections. No further requests for extension of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's January 13, 2006, motion for an extension of time is granted;

2. Petitioner's objections to the August 16, 2005, findings and recommendations are due thirty days from the date of this order; no further requests for extension of time will be granted.

DATED: 1/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
rath2097.111(3)