IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RATHSACK,

        Petitioner,                  No. CIV S-04-2097 FCD GGH P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 16, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff was granted extensions of time to file objections on September 14, 2005, and January 20, 2006. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

1  ORDERED that:

2      1. The findings and recommendations filed August 16, 2005, are adopted in full;

3  and

4      2. Petitioner's application for a writ of habeas corpus is denied.

5  DATED: March 30, 2006

6      /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL JR.
7      United States District Judge